UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09747-ODW(VBKx) | Date | February 12, 2015 |
|---|---|---|---|
| Title | Galileo Surgery Center, L.P. v. Aetna Health And Life Insurance Company | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila Enlgish | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS)**   Order Vacating Hearing on MOTION to Remand Case [16]

The hearing on the above-referenced MOTION, scheduled for February 23, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar. No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | se | |